UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI SHELTON, LAURA THOMPSON individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PROGRESSUS THERAPY, LLC, A Delaware Limited Liability Company, PROGRESSUS THERAPY, INC., A Florida Corporation, PROGRESSUS, INC., A Delaware Corporation, INVO HEALTHCARE Liability Company, INVO HEALTHCARE, LLC, A Delaware Limited Liability Company, THERAPY STATION ASSOCIATES, LLC, A California Limited Liability Company, and DOES 1 through 200,<br><br>Defendants. | Case No.: 2:17-cv-00518-TLN-EFB<br><br>**ORDER GRANTING STIPULATION TO STAY CASE AND VACATE DEADLINES PENDING MEDIATION**<br><br>Complaint Filed: October 28, 2016<br>First Amended Complaint Filed: Jan. 11, 2017 |

**ORDER**

Having reviewed the parties' Stipulation to Stay Case and Vacate Deadlines Pending Mediation, the Court hereby orders as follows:

1. To allow the parties time for prepare for and proceed with mediation, settlement negotiations, and potential dismissal of this action, the Court hereby enters a stay of all proceedings and vacates all dates set forth in the Court's May 12, 2017, Pretrial Scheduling Order.

2. The Parties are ordered to mediate by November 15, 2017. The Parties shall file a Post-Mediation Status Report no later than November 27, 2017, to advise the Court of the result of the mediation. If the case settles at the mediation, the Post-Mediation Status Report shall also advise the Court of the date by which Plaintiff expects to file a Motion for Preliminary Approval of the settlement. If the case does not settle at mediation, the Post-Mediation Status Report shall proposed dates for the continued litigation of the matter, including for class certification discovery and a motion for class certification.

3. The stay of this case shall continue until such time as expressly lifted by the Court.

IT IS SO ORDERED

Dated: July 12, 2017

Troy L. Nunley
United States District Judge