UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI SHELTON, LAURA THOMPSON individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PROGRESSUS THERAPY, LLC, A Delaware Limited Liability Company, PROGRESSUS THERAPY, INC., A Florida Corporation, PROGRESSUS, INC., A Delaware Corporation, INVO HEALTHCARE Liability Company, INVO HEALTHCARE, LLC, A Delaware Limited Liability Company, THERAPY STATION ASSOCIATES, LLC, A California Limited Liability Company, and DOES 1 through 200,<br><br>Defendants. | Case No.: 2:17-cv-00518-TLN-EFB<br><br>**ORDER**<br><br>Complaint Filed: October 28, 2016<br>First Amended Complaint Filed: Jan. 11, 2017 |

**ORDER**

The Court, having reviewed the Parties' Notice of Settlement and Joint Post-Mediation Status Report, and good cause appearing therefore, hereby orders as follows:

Plaintiff shall file a Motion for Preliminary Approval of Class Action Settlement (the "Motion") on or before December 22, 2017. Plaintiff shall set the Motion for hearing on regular notice pursuant to Local Rule 230.

IT IS SO ORDERED

Dated: October 25, 2017

Troy L. Nunley
United States District Judge