STEVEN H. GURNEE, ESQ., SB #66056
NICHOLAS P. FORESTIERE, ESQ., SB #125118
JOHN A. MASON, ESQ., SB #166996
**GURNEE MASON & FORESTIERE LLP**
2240 Douglas Boulevard, Suite 150
Roseville, California 95661
Telephone: (916) 797-3100
Facsimile:  (916) 797-3131

Attorneys for Plaintiffs Terri Shelton, Laura Thompson and the Class Members

## U.S. DISTRICT COURT, EASTERN DISTRICT

## SACRAMENTO DIVISION

| | |
|---|---|
| TERRI SHELTON, LAURA THOMPSON individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PROGRESSUS THERAPY, LLC, A Delaware Limited Liability Company,<br>PROGRESSUS THERAPY, INC., A Florida Corporation, PROGRESSUS, INC., A Delaware Corporation, INVO HEALTHCARE Liability Company, INVO HEALTHCARE, LLC, A Delaware Limited Liability Company, THERAPY STATION ASSOCIATES, LLC, A California Limited Liability Company, and DOES 1 through 200,<br><br>Defendants. | Case No.: 2:17-cv-00518-TLN-EFB<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF PAGA AND CLASS ACTION SETTLEMENT**<br><br>Date:   August 23, 2018<br>Time:  2:00 p.m.<br>Dept.: Courtroom 2, 15th Floor<br>Judge: The Honorable Troy L. Nunley<br><br>Complaint filed: October 28, 2016<br><br>Trial Date: None |

PLEASE TAKE NOTICE that at 2:00 p.m. on August 23, 2018, or as soon thereafter as counsel may be heard, before the Honorable Troy L. Nunley, in the United States District Court for the Eastern District of California, in Courtroom 2, 15th floor at 501 I Street, Sacramento,

1

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF PAGA AND CLASS ACTION SETTLEMENT**

California 95814, Plaintiffs and Class Representatives Terri Shelton and Laura Thompson will move and hereby move for final approval of the PAGA and Class Action Settlement for $1,464,000 as described in the Settlement Agreement entered into by the parties. Dkt No. 16-1, Exhibit 1.

This motion is based upon the grounds, among other things as further stated in the moving papers, that the settlement complies with Federal Rules of Civil Procedure Rule 26(e) in that it is not the product of fraud or overreaching by, or collusion between, the negotiating parties, and that the settlement, taken as a whole, is fair, reasonable, and adequate to all concerned; that notice of the class action and settlement were provided to all of the Class Members consistent with their due process rights; and that no objections have been filed to the settlement by any Class Member or the California Labor Work Force Development Department who were sent and served copies of the notice of the settlement and the prior motion for its preliminary and conditional approval.

This motion is supported by the accompanying Memorandum of Points and Authorities, the Declarations of Nicholas P. Forestiere and Melinda Yang and the exhibits filed therewith, Plaintiffs' Motion for Preliminary Approval (Dkt. No. 12), the Court's Order for Preliminary Approval (Dkt. No. 18), the pending motion for approval of Class Counsel's fees and costs (Dkt No. 19), the settlement agreement (Dkt. No.16-1, Ex. 1), all other court documents filed in this matter, and upon such other and further documents to be filed and such other and further arguments heard at the time of the hearing of this motion.

Dated: July 16, 2018                    GURNEE MASON & FORESTIERE

                                        By:  /s/ Nicholas P. Forestiere
                                             Steven H. Gurnee
                                             Nicholas P. Forestiere
                                             John A. Mason
                                             Attorneys for Plaintiffs and Class Members

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF
PAGA AND CLASS ACTION SETTLEMENT